## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DETRICK CROSTON                                              PETITIONER

v.                              NO. 5:09CV00335 SWW

LARRY NORRIS, Director of the                               RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The motion to dismiss filed by respondent Larry Norris ("Norris") is granted.  See Document 6.  The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Detrick Croston is dismissed because he failed to obtain the approval of the Court of Appeals before filing his petition and, alternatively, the petition is barred by limitations.  All requested relief is denied, and judgment will be entered for Norris.

IT IS SO ORDERED this 15th day of January, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE